STEPHEN A. SCOTT (SBN 67467)
PHUONG N. FINGERMAN (SBN 226772)
**HAYES DAVIS BONINO ELLINGSON**
**McLAY & SCOTT, LLP**
203 Redwood Shores Parkway, Suite 408
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
I.C. SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe La Come,<br><br>    Plaintiff,<br><br>v.<br><br>I.C. System, Inc.,<br>and Does 1 through 10, inclusive,<br><br>    Defendant. | Case No.  07 2521 JCS<br><br>**DEFENDANT I.C. SYSTEM, INC.'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT; REQUEST TO RESCHEDULE CASE MANAGEMENT ORDER DATES** |

**DEFENDANT'S NON-OPPOSITION TO PLAINTIFF'S MOTION**
**AND REQUEST TO RESCHEDULE CASE MANAGEMENT**
**ORDER DATES**

On or about July 6, 2007, plaintiff Joe La Come ("La Come") filed a Motion for Leave to Amend Complaint. While plaintiff's Motion for Leave to Amend Complaint did not conform to the Federal Rules of Civil Procedure and appurtenant Local Rules of this Court, defendant I.C. System, Inc. will not oppose plaintiff's request for leave to amend his complaint. Defendant respectfully requests, however, that the Court reschedule the case management order dates in anticipation of plaintiff's filing of a new amended complaint.

Dated: August 1, 2007

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By /s/ _____
STEPHEN A. SCOTT
PHUONG N. FINGERMAN
Attorneys for Defendant
I.C. SYSTEM, INC.

138736                                          -1-

Defendant's Non-Opposition and Request for Reschedule of Case Management Order--*CASE NO. 07-2521*

CASE NAME:  La Come v. I.C. System, Inc.
ACTION NO.: C07-2521 JCS

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Pkwy., Suite 480, Redwood City, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**DEFENDANT I.C. SYSTEM, INC.'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT; REQUEST TO RESCHEDULE CASE MANAGEMENT ORDER DATES**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

- ☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood Shores, California.

- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

- ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Joe La Come
36 Summit Avenue
San Rafael, CA 94901

**In Pro Per**

- ☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 1, 2007, at Redwood City, California.

_____
Abigail Bowman

138025

**PROOF OF SERVICE - CASE NO. C07-2521 JCS**