United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LA COME, | No. C-07-2521 JCS |
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO AMEND [Docket No. 7] AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| I.C. SYSTEM, INC., | |
| Defendant. _____/ | |

Plaintiff, proceeding in pro se, filed the original complaint in this action on May 11, 2007. Defendant filed an Answer on June 1, 2007. Both parties have consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c). On July 6, 2007, Plaintiff filed a Motion for Leave to Amend ("the Motion"), attaching a copy of his proposed First Amended Complaint to the Motion. Defendant has filed a non-Opposition to Plaintiff's Motion. Accordingly, the Motion is GRANTED. The Case Management Conference currently scheduled for August 17, 2007 at 1:30 p.m. is **vacated**. The Case Management Conference shall be reset for **November 16, 2007 at 1:30 p.m.** A joint case management conference statement shall be due by **November 9, 2007.**

IT IS SO ORDERED.

DATED: August 6, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

1