```
STEPHEN A. SCOTT (SBN 67467)
PHUONG N. FINGERMAN (SBN 226772)
HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 408
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
I.C. SYSTEM, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LA COME,<br><br>          Plaintiff,<br><br>v.<br><br>I.C. SYSTEM, INC.,<br>and Does 1 through 10, inclusive,<br><br>          Defendant. | Case No.  07 2521 JCS<br><br>**DEFENDANT I.C. SYSTEM, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT; [PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST** |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

Defendant I.C. SYSTEM, INC. respectfully requests the Court deny plaintiff Joe La Come's ("La Come") Request for Clerk's Entry of Default on the grounds that defendant was never served with plaintiff's first amended complaint pursuant to Federal Rules of Civil Procedure, Rule 5(b).

Previously, on July 6, 2007, plaintiff, in pro se, filed a Motion for Leave to Amend Complaint. While plaintiff's Motion for Leave to Amend Complaint did not conform to the Federal Rules of Civil Procedure and appurtenant Local Rules of this Court, on August 1, 2007, defendant I.C. System did not oppose his motion and filed a non-opposition to plaintiff's request for leave to amend his complaint. On August 6, 2007, based on defendant's non-opposition, the Court issued an order granting plaintiff's motion to amend.

On August 26, 2007, plaintiff filed his first amended complaint with the Court. However, plaintiff <u>failed to serve</u> defendant with his first amended complaint. On October 12, 2007, plaintiff La Come filed a Request for Clerk's Entry of Default.[1]

Defendant opposes plaintiff's request for Entry of Default on the ground that the first amended complaint was never served on defendant. As proscribed by Federal Rules of Civil Procedure, Rule 12(a), defendant has 20 days to respond after service of the summons and complaint. Here, because defendant was never served with plaintiff's first amended complaint, the time for defendant to respond has not commenced. It is the policy of the law that, wherever possible, cases should be decided on their merits. As a result, any doubts as to the propriety of a default are usually resolved against the party seeking default judgment. (<u>Pena v. Seguros La Comercial</u> (9th Cir. 1985) 770 F2d 811, 814.)

Upon learning that plaintiff had filed a request for entry of default, Defendant's counsel has contacted plaintiff and informed him that defendant was never served with the first amended complaint. Plaintiff has agreed to serve his first amended complaint to defendant. Once served with plaintiff's first amended complaint, defendant will timely respond to the first amended complaint as set forth in Federal Rules of Civil Procedure, Rule 12(a).

Accordingly, defendant respectfully requests that the Court deny plaintiff's request for entry of default.

Dated: October 16, 2007

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By _____
STEPHEN A. SCOTT
PHUONG N. FINGERMAN
Attorneys for Defendant
I.C. SYSTEM, INC.

---

[1] The Request for Clerk's Entry of Default was erroneously titled "Complaint for Violation the FDCPA."

149191

CASE NAME: La Come v. I.C. System, Inc.
ACTION NO.: C07-2521 JCS

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Pkwy., Suite 480, Redwood City, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**DEFENDANT I.C. SYSTEM, INC.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT; [PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

- ☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood Shores, California.

- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

- ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Joe La Come
36 Summit Avenue
San Rafael, CA 94901

**In Pro Per**

☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 16, 2007, at Redwood City, California.

*Abigail Bowman*
Abigail Bowman

138025

**PROOF OF SERVICE - CASE NO. C07-2521 JCS**