STEPHEN A. SCOTT (SBN 67467)
PHUONG N. FINGERMAN (SBN 226772)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Parkway, Suite 408
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
I.C. SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LA COME,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>I.C. SYSTEM, INC.,<br>and Does 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No.   07 2521 JCS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

**[PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST FOR CLERK"S ENTRY OF DEFAULT**

The court, having read and considered plaintiff's request for clerk's entry of default and defendant's opposition to plaintiff's request based on the ground that defendant was never served with the first amended complaint, and good cause appearing therefor: Plaintiff's Request for Clerk's Entry of Default is DENIED.   IT IS SO ORDERED.

Dated: _____, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT MAGISTRATE
　　　　　　　　　　　　　　　　　　　JUDGE JOSEPH C. SPERO

149206                                                         -1-

CASE NAME: La Come v. I.C. System, Inc.
ACTION NO.: C07-2521 JCS

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Pkwy., Suite 480, Redwood City, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**[PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

- ☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood Shores, California.

- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

- ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Joe La Come
36 Summit Avenue
San Rafael, CA 94901

**In Pro Per**

- ☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 16, 2007, at Redwood City, California.

*Abigail Bowman*

138025

**PROOF OF SERVICE - CASE NO. C07-2521 JCS**