**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 19, 2007

RE:  CV 07-02521 JCS          JOE LA COME-v- I.C. SYSTEMS INC.

Default is declined as to **Defendant I.C. System, Inc.** on **10/19/07**.


RICHARD W. WIEKING, Clerk

by: Gina Agustine-Rivas
Case Systems Administrator