1  STEPHEN A. SCOTT (SBN 67467)
   PHUONG N. FINGERMAN (SBN 226772)
2  **HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
   203 Redwood Shores Parkway, Suite 408
3  Redwood City, California 94065
   Telephone: 650.637.9100
4  Facsimile: 650.637.8071

5  Attorneys for Defendant
   I.C. SYSTEM, INC.

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9  Joe La Come,                          Case No.   07 2521 JCS

10         Plaintiff,

11         v.

12                                        **PROOF OF SERVICE**
   I.C. System, Inc.,
13 and Does 1 through 10, inclusive,

14         Defendant.

CASE NAME: La Come v. I.C. System, Inc.
ACTION NO.: C07-2521 JCS

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Pkwy., Suite 480, Redwood City, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**DEFENDANT I.C. SYSTEM, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood Shores, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Joe La Come
36 Summit Avenue
San Rafael, CA 94901

**In Pro Per**

☒ (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 5, 2007, at Redwood City, California.

_____
Abigail Bowman

138025

**PROOF OF SERVICE - CASE NO. C07-2521 JCS**