# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-02521 JCS**

**CASE NAME:  JOE LA COME v. I.C. SYSTEMS INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: November 16, 2007    **TIME**: 5 min | **COURT REPORTER**: <u>FTR: 1:32-1:37</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Joe La Come, pro se | **COUNSEL FOR DEFENDANT:**<br>Phuong N. Fingerman |

**PROCEEDINGS:**                                                                     **RULING:**

1. Case Management Conference                                              Held.

___

**ORDERED AFTER HEARING:**

This case shall be referred to the Court's ADR program for Mediation, to occur within 90 days.  Discovery is STAYED until the next case management conference.
Initial disclosures shall be exchanged on 12/17/07.
An updated joint case management conference statement shall be due by 2/8/8.

___

**ORDER TO BE PREPARED BY:**         () Plaintiff         () Defendant         (X) Court

**CASE CONTINUED TO:**    02/15/08 at 1:30 p.m., for a further case mgmt conference.

___

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |

**Trial Date:**                at 8:30 a.m.  ()Jury     ()Court         Set for         days

___

**cc:**        **Chambers; Karen**, ADR
\* (T) = Telephonic Appearance