United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE LA COME,  Case No. C-07-02521 JCS

         Plaintiff(s),

    v.  **CASE MANAGEMENT AND PRETRIAL ORDER**

I.C. SYSTEMS, INC.,

         Defendant(s).
_____/

Following a case management conference held on **November 16, 2007,**

IT IS HEREBY ORDERED THAT:

1. This case shall be referred to the Court's ADR program for Mediation, to occur within ninety (90) days. The parties shall advise the Court if the case settles at the Mediation.

2. Discovery is STAYED until the next case management conference.

3. Initial disclosures shall be exchanged by **December 17, 2007.**

4. An updated joint case management conference statement shall be due by **February 8, 2008.**

5. A further case management conference is set for **February 15, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: November 19, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge