UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOE LA COME,

        Plaintiff,

  v.

I.C. SYSTEMS INC. et al,

        Defendant.
                                            /

Case Number: CV07-02521 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe La Come
36 Summit Avenue
San Rafael, CA 94901

Dated: November 19, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk