ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

November 26, 2007

Joe La Come
36 Summit Avenue
San Rafael, CA 94901
415-258-9408

Stephen Alter Scott
Hayes Davis Ellingson McLay & Scott
203 Redwood Shores Pkwy., Suite 480
Redwood Shores, CA 94065
650-637-9100

Re:   La Come v. I.C. Systems, Inc.
      <u>Case No. C 07-02521 JCS MED</u>

Dear Mr. La Come and Counsel:

   We have received notification from Magistrate Judge Joseph C. Spero that the referenced case was referred to Mediation on November 16, 2007. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We would like to schedule this for **Tuesday, December 4, 2007 at 1:30 p.m.** This office will initiate the call to the numbers listed above. If you are not available at this time, please contact the other counsel and provide me with the three alternative times you are all available during the same week.

   Thank you for your attention to this matter.

                                        Sincerely,

                                        [signature]

                                        Claudia M. Forehand
                                        ADR Case Administrator

/cmf