1  STEPHEN A. SCOTT (SBN 67467)
   PHUONG N. FINGERMAN (SBN 226772)
2  **HAYES DAVIS BONINO ELLINGSON
   McLAY & SCOTT, LLP**
3  203 Redwood Shores Parkway, Suite 408
   Redwood City, California 94065
4  Telephone: 650.637.9100
   Facsimile: 650.637.8071
5
   Attorneys for Defendant
6  I.C. SYSTEM, INC.

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9
   JOE LA COME,                          Case No.  07 2521 JCS
10
              Plaintiff,                 **STIPULATION OF DISMISSAL;
11                                       [PROPOSED] ORDER**
         v.                              **[Fed. Rule Civ. Proc., Rule 41(a)(1)]**
12
   I.C. SYSTEM, INC.,
13 and Does 1 through 10, inclusive,

14            Defendant.

15

16      IT IS HEREBY STIPULATED by plaintiff Joe La Come, in pro se, and defendant I..C.

17 System, Inc., through its attorneys of record Stephen A. Scott and Phuong N. Fingerman of Hayes

18 Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is,

19 DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

20 Dated: December 10, 2007

21                                  By: _____
22                                       Plaintiff Joe La Come
                                         In Pro Se
23
24 Dated: December 12, 2007       **HAYES DAVIS BONINO ELLINGSON
                                   MCLAY & SCOTT, LLP**
25
                                   By: _____
26                                       STEPHEN A. SCOTT
                                         PHUONG N. FINGERMAN
27                                       Attorneys for Defendant
28                                       I.C. SYSTEMS

149206                           -1-

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER--*CASE NO. 07-2521***

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: __12/14__, 2007

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES
MAGISTRATE JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

*(Seal: United States District Court, Northern District of California; signature of Judge Joseph C. Spero)*

CASE NAME: La Come v. I.C. System, Inc.
ACTION NO.: C07-2521 JCS

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Pkwy., Suite 480, Redwood City, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood Shores, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Joe La Come
36 Summit Avenue
San Rafael, CA 94901

**In Pro Per**

☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 13, 2007, at Redwood City, California.

_Rachel Rivera_
Rachel Rivera

138025

**PROOF OF SERVICE - CASE NO. C07-2521 JCS**